UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kristie Tardiff

   v.                                                  Case No. 21-cv-872-SE

Elliot Health System

ORDER OF DISMISSAL

On September 29, 2022, the Court issued an Order directing the plaintiff to show cause within fourteen days as to why default judgment should not be entered against her for failing to produce initial disclosures, respond to discovery, and for failing to comply with the court's May 12, 2022 Order. The plaintiff has not complied with that order.

Therefore, the Court orders that the case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close the case and enter judgment accordingly.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: October 14, 2022