```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kristie Tardiff

    v.

                                        Case No. 21-cv-872-SE

Elliot Health System

## JUDGMENT

In accordance with the Order by Judge Samantha D. Elliott dated October 14, 2022, judgment is hereby entered.

                                              By the Court:

                                              _____
                                              Daniel J. Lynch
                                              Clerk of Court

Date: October 17, 2022

cc:   Kristie Tardiff, pro se
       K. Joshua Scott, Esq.
       Samuel H. Martin, Esq.